NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDRES CACERES-SOLARI,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2019-1693

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-00539-EJD, Senior Judge Edward J. Damich.

---

## JUDGMENT

---

WILLIAM CASSARA, Cassara Law Office, Evans, GA, argued for plaintiff-appellant.

SONIA W. MURPHY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOSEPH H. HUNT, STEVEN JOHN GILLINGHAM, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2020               /s/ Peter R. Marksteiner
       Date                       Peter R. Marksteiner
                                  Clerk of Court